IN THE UNITED STATES DISTRICT COURT
NORTHN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:22-CV-03934 |
| | ) | |
| NORTHWESTERN UNIVERSITY, | ) | Honorable Elaine E. Bucklo |
| | ) | Magistrate Judge Sunil R. Harjani |
| Defendant. | ) | |
| | ) | |

**DEFENDANT NORTHWESTERN UNIVERISTY'S**
**NOTICE OF MOTION**

To: All Counsel of Record:

On Thursday, September 29, 2022, at 9:45 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Elaine E. Bucklo or any judge sitting in her stead, in the courtroom usually occupied by her in Room 2243, of the U.S. District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois, and then and there present the attached Defendant Northwestern University's Motion to Dismiss Plaintiff's Complaint, a copy of is hereby served upon you.

The Court will rule by written order and an appearance in court on the date of presentment is not required.

Respectfully submitted,

HUSCH BLACKWELL LLP

/s/ Scott L. Warner
Scott L. Warner (#06231380)
Scott.Warner@Huschblackwell.com
Gwendolyn Morales (#06297233)
Gwendolyn.morales@huschblackwell.com
Husch Blackwell LLP
120 South Riverside Plaza, Ste. 2200
Chicago, IL 60606
(312) 526-1633

HB: 4877-2225-7717.1

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he caused the foregoing **DEFENDANT NORTHWESTERN UNIVERSITY'S NOTICE OF MOTION** to be filed with the Clerk of the court using the CM/ECF system, which will send electronic notification to the following counsel of record this 23rd day of September, 2022:

Gianna R. Scatchell
Disparti Law Group, P.A.
121 W. Wacker Drive, Suite 2300
Chicago, Illinois
gia@dispartilaw.com

Counsel for Plaintiff

/s/ Scott L. Warner