# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

John Doe
                    Plaintiff,

v.                                          Case No.: 1:22–cv–03934
                                                  Honorable Elaine E. Bucklo

Northwestern University
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 9, 2022:

      MINUTE entry before the Honorable Elaine E. Bucklo: Motion to amend complaint [19] is granted. Plaintiff may file a first amended complaint in lieu of answering the motion to dismiss. That briefing schedule is stricken. Motion for extension of time [18] is denied as moot. The ruling on motion hearing set for 12/8/2022 is converted to a status hearing on 12/8/2022 at 9:45 a.m. (to track the case only; no appearance is required) A joint status report is due by 12/1/2022. Motion hearing set for 11/10/2022 is stricken. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.