**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

John Doe
                    Plaintiff,

v.                                     Case No.: 1:22−cv−03934
                                            Honorable Elaine E. Bucklo

Northwestern University
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 29, 2022:

      MINUTE entry before the Honorable Elaine E. Bucklo: Defendant's motion to dismiss plaintiff's complaint [14] is denied as moot. Plaintiff's motion for permission to proceed under a pseudonym [5] is granted, subject to reconsideration at a later date. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.